IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL MANOLOFF, *et al.*, | : |
| | : Case No. 4:20-CV-02451 |
| Plaintiffs, | : |
| | : |
| v. | : JUDGE GEORGE C. HANKS, JR. |
| | : |
| BANK OF AMERICA, *et al.*, | : |
| | : |
| Defendants. | : |

**PLAINTIFFS' MOTION TO DISMISS GUARANTY BANK & TRUST**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs respectfully ask this Court to dismiss without prejudice Guaranty Bank & Trust ("Guaranty") as a defendant in this matter. Plaintiffs have learned that Guaranty is currently complying with the Small Business Administration's regulation regarding agent fees under the Paycheck Protection Program, and therefore, is not a proper party at this time.

Respectfully submitted,

*/s/ Tiffany L. Carwile*
James E. Arnold        (OH Bar No. 0037712)
Damion M. Clifford     (OH Bar No. 0077777)
Gerhardt A. Gosnell II (OH Bar No. 0064919)
Tiffany L. Carwile     (OH Bar No. 0082522)

ARNOLD & CLIFFORD LLP
115 W. Main St., 4th Floor
Columbus, Ohio  43215
Ph:    (614) 460-1600
Email: jarnold@arnlaw.com
       dclifford@arnlaw.com
       ggosnell@arnlaw.com
       tcarwile@arnlaw.com

BECK REDDEN LLP
Fields Alexander
Texas Bar No. 00783528
Federal Bar No. 16427
Patrick Redmon
Texas Bar No. 24110258
Federal Bar No. 3367321
falexander@beckredden.com
predmon@backredden.com
1221 McKinney Street, Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Fax: (713) 951-3720

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

A true and correct copy of this pleading was served on all counsel via electronic court filing on October 27, 2020.

*/s/ Tiffany L. Carwile*
Tiffany L. Carwile