UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL MANOLOFF, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-2451 |
| § | |
| BANK OF AMERICA, N.A., *et al*, § § | |
| Defendants. § | |

## ORDER OF DISMISSAL

On January 5, 2021, the Plaintiffs filed a Notice of Dismissal without prejudice (Dkt. 107) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, this 5th day of January, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE